Motion Granted. s/Donald C. Nugent, USDJ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **ROGER W. DUNN** | **CASE NO. 1:06 CV 01609** |
| **Plaintiff,** | **JUDGE NUGENT** |
| -vs- | |
| **3M CORPORATION** | <u>**NOTICE OF DISMISSAL**</u> |
| **Defendant.** | |

NOW COMES the Plaintiff, Roger Dunn, by and through undersigned counsel and pursuant to Civ. R 41(a), hereby dismisses his case with prejudice filed on June 1, 2006.

Respectfully submitted,

/s/ Eric D. Hall
**Eric D. Hall (#006756)**
**GERALD D. PISZCZEK, CO. L.P.A.**
Attorneys for the Plaintiff
412 North Court Street
Medina, Ohio 44256
Phone: (330)723-2200
Fax: (330) 723-2126

### *CERTIFICATE OF SERVICE*

A copy of the foregoing was served upon Counsel for the Defendant via the Court's ECF Filing system.

/s/ Eric D. Hall
**Eric D. Hall # 0067566**
**GERALD D. PISZCZEK, CO. L.P.A.**
Attorneys for the Plaintiff